# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § CASE NUMBER 4:18-CR-00001 <br> § <br> § <br> § <br> § <br> § <br> § |
| v. | |
| DANIEL RAYMOND RAMAGE (1) | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Due to the Defendant having waived allocution before this court, as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of thirty (30) months, to run concurrently with any sentence imposed in Eastern District of Texas case number 4:17CR139, with no supervised release to follow.

The court recommends that Defendant be designated to the Bureau of Prisons facility requested at his sentencing in Eastern District of Texas case number 4:17CR139, if appropriate.

**IT IS SO ORDERED**.

SIGNED at Beaumont, Texas, this 30th day of May, 2018.

                                  MARCIA A. CRONE
                                  UNITED STATES DISTRICT JUDGE